**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Cherie McGEE, Defendant/Appellant.**

**No. ED 87024.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 26, 2006.

Shaun J. Mackelprang, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for respondent.

Irene Karns, Columbia, MO, for appellant.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Defendant, Cherie McGee, appeals from a judgment entered after a bench trial finding defendant guilty of possession of a controlled substance, in violation of section 195.202 RSMo (2000). The court sentenced her to four years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been provided with a memorandum opinion for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 30.25(b).